IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

UNITED STATES OF AMERICA,

v.

SAMORY TOURE WILLIAMS,

Defendant.

CASE NO.: 4:16-cr-353-6

**O R D E R**

Defendant Samory Toure Williams requests that the Court terminate his ongoing term of supervised release. (Doc. 541.) The Government opposes Williams' Motion. (Doc. 543.) After careful consideration of the parties' pleadings, the authority provided by 18 U.S.C. § 3583(e)(l), and the factors set forth 18 U.S.C. § 3553 (a)(1), (a)(2)(B), (a)(7), (a)(2)(C), (a)(2)(D), (a)(4), (a)(5), (a)(6), and (a)(7), the Court **DENIES** Defendant's Motion, (doc. 541).

**SO ORDERED**, this 30th day of July, 2024.

_____
R. STAN BAKER, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA